IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

MIGUEL LARA-GUTIERREZ,

    Petitioner,

vs.                          No. 06-2080-Ml/V

BRUCE PEARSON,

    Respondent.

---

ORDER DENYING LEAVE TO PROCEED IN FORMA PAUPERIS AFFIDAVIT
AND
ORDER TO PAY THE HABEAS FILING FEE

---

    Petitioner Miguel Lara-Gutierrez, Bureau of Prisons inmate registration number 89373-198, an inmate at the Federal Correctional Institution in Memphis ("FCI-Memphis"), filed a pro se petition pursuant to 28 U.S.C. § 2241 on February 8, 2006, along with a motion seeking leave to proceed in forma pauperis. The Clerk shall record the respondent as FCI-Memphis Warden Bruce Pearson.

    As the petitioner has a balance of two hundred dollars ($200) in his inmate trust fund account, the motion for leave to proceed in forma pauperis is DENIED. The petitioner is ORDERED to remit the five dollar ($5.00) habeas filing fee within thirty (30) days of the date of entry of this order. Failure to timely comply

Dockets.Justia.com

with this order will result in dismissal of the petition without further notice for failure to prosecute.

IT IS SO ORDERED this 17th day of February, 2006.


    /s/ Jon P. McCalla
JON PHIPPS McCALLA
UNITED STATES DISTRICT JUDGE