```
           IN THE UNITED STATES DISTRICT COURT
         FOR THE WESTERN DISTRICT OF TENNESSEE
                    WESTERN DIVISION
```

```
MIGUEL LARA-GUTIERREZ,

     Petitioner,

vs.                                    No. 06-2080-Ml/V

BRUCE PEARSON,

     Respondent.
```

ORDER OF DISMISSAL

Petitioner Miguel Lara-Gutierrez, Bureau of Prisons inmate registration number 89373-198, an inmate at the Federal Correctional Institution in Memphis, filed a pro se petition pursuant to 28 U.S.C. § 2241 on February 8, 2006, along with a motion seeking leave to proceed in forma pauperis. The Court issued an order on February 22, 2006 denying leave to proceed in forma pauperis and directing the petitioner, within thirty days, to pay the habeas filing fee. The order further provided that "[f]ailure to timely comply with this order will result in dismissal of the petition without further notice for failure to prosecute." 02/22/06 Order at 2. The petitioner has not complied with the order, and the time set for compliance has expired. Accordingly, the Court

DISMISSES the petition without prejudice, pursuant to Fed. R. Civ. P. 41(b), for failure to prosecute.

IT IS SO ORDERED this 14th day of April, 2006.

                              /s/ Jon P. McCalla
                              JON PHIPPS McCALLA
                              UNITED STATES DISTRICT JUDGE